# COURT REPORTER'S REQUEST FOR EXTENSION OF TIME

THIS RECORD IS DUE ON  January 15, 2015

THIS RECORD WAS ORIGINALLY DUE ON  January 15, 2015

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/20/2015 10:12:07 AM
DEBBIE AUTREY
Clerk

I AM REQUESTING 60  DAYS

THIS RECORD IS APPROXIMATELY 1,200 PAGES LONG

IS THIS APPEAL ACCELERATED?  ___YES _X__NO


**SIXTH COURT OF APPEALS CAUSE NO.  06-14-00178, 06-14-00179, 06-14-00180, 06-14-181**

**STYLE OF CASE:  State of Texas vs. William Akin**

**TRIAL COURT 336th District Court, Fannin County, Texas**

**TRIAL COURT CAUSE NO. CR-13-24791, CR-13-24795, CR-13-24796, CR-13-24979**


I am responsible for preparing a record in this appeal, but am unable to file the record by the original due date for the following reason(s):  (Check all that apply – attach additional pages if necessary.)


☐ To the best of my knowledge, the Appellant has made no claim of indigence, or has been found to be not indigent, and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

X My duties listed below preclude working on this record:  I am currently in the second week of a kidnapping, aggravated-assault trial which could possibly go the remainder of this week.  I have a capital-murder appeal that I am currently working on that is due at the Sixth Court of Appeals on February 11, 2015.  I respectfully request a 60-day extension which should allow the time I need to get caught up on both of the appeals that are due at the Sixth Court of Appeals.

☐ Other (explain): _____
_____
_____
_____
_____
_____

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.


January 20, 2015 _____          /S/ Charla Reamy_____
Date                                    Signature

903-583-2863_____          Charla Reamy_____
Office Phone Number                     Printed Name

creamy@fanninco.net_____        336th District Court Reporter_____
E-mail address (if available)           Official Title


The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

**Lead Counsel for Appellant(s):**          **Lead Counsel for Appellee(s):**

Name: James Moss                            Name: Don Hoover

Address: 101 E. Sam Rayburn                 Address: 414 W. Sam Rayburn Drive

Bonham, Texas  75418                        Bonham, Texas  75418

Phone No. 903-583-7448                      Phone No. 903-820-8464

Attorney for: State of Texas                Attorney for: William Akin




FAX TO:  Molly Pate (Deputy Criminal Clerk) or Kim Robinson (Deputy Civil Clerk)

Sixth Court of Appeals, Texarkana, at

903 798-3034

(to be followed by a printed version by mail)